# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LISA FEATHER, STANLEY BEIERMANN and HOLLY PYATT, on behalf of themselves and all others similarly situated, and on behalf of the SSM PENSION PLANS,<br><br>Plaintiffs,<br><br>v.<br><br>SSM HEALTH CARE CORPORATION, d/b/a SSM HEALTH, a Missouri Non-profit corporation, *et al*,<br><br>Defendants. | No. 4:16-cv-01669-HEA |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

Plaintiffs Lisa Feather, Stanley Beiermann, and Holly Pyatt ("Named Plaintiffs" or "Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement preliminarily approved by the Court on January 17, 2019 and subsequently amended on January 18, 2019[1]; and (2) granting final certification of the proposed Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(1) and/or 23(b)(2).[2] Defendants do not oppose the relief sought herein.

For the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class,

---

[1] Am. Order Prelim. Approving Settlement, Notice Procedures, & Scheduling of a Fairness Hr'g, ECF No. 121.
[2] Plaintiffs file this Motion contemporaneously with their Motion for An Award of Attorneys' Fees and Reimbursement of Expenses, and for Incentive Awards to Named Plaintiffs.

1

Plaintiffs respectfully request that the Court GRANT the Motion and enter the Proposed Order, filed herewith, concluding this case.

DATED: May 6, 2019

**KELLER ROHRBACK L.L.P.**

*/s/ Laura R. Gerber*
Laura R. Gerber
Lynn Lincoln Sarko
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
lgerber@kellerrohrback.com
lsarko@kellerrohrback.com

**KELLER ROHRBACK L.L.P.**
Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088
rkilgard@kellerrohrback.com

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Mark K. Gyandoh
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
mgyandoh@ktmc.com

*Settlement Class Counsel Committee Co-Chairs*

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
Karen L. Handorf
Michelle Yau
Mary J. Bortscheller
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 408-4600
khandorf@cohenmilstein.com
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com

        **IZARD, KINDALL & RAABE, LLP**
Douglas P. Needham
Mark P. Kindall
Robert A. Izard
29 South Main Street
West Hartford, CT 06107
Tel.: (860) 493-6292
dneedham@ikrlaw.com
mkindall@ikrlaw.com
rizard@ikrlaw.com

*Settlement Class Counsel Committee Members*

**ARMSTRONG LAW FIRM LLC**
Matthew H. Armstrong
8816 Manchester Road, No. 109
St. Louis, MO 63144
Tel.: (314) 258-0212
matt@mattarmstronglaw.com

*Liaison Counsel for the Settlement Class*